# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL J. EDMUNDSON,<br><br>                              Plaintiff,<br>  vs.<br><br>JO ANN B. BARNHART,<br><br>                              Defendant. | Case No. 05-CV-01832-JM (BLM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION RE: DENIAL OF DEFENDANT BARNHART'S MOTION TO DISMISS** |

On September 22, 2005, Plaintiff sought judicial review of the Social Security Commissioner's final decision denying his claim for disability insurance. Defendant filed a motion to dismiss the claim pursuant to Rule 12(b)(1) of the Federal Rules of Procedure arguing this Court lacks subject matter jurisdiction because Plaintiff's complaint in federal District Court was time barred.

On January 5, 2007, Magistrate Judge Major entered a Report and Recommendation ("R & R") (1) finding this Court does have subject matter jurisdiction because the time limitation is not jurisdictional; and (2) recommending denial of Defendant's motion to dismiss. The subject matter jurisdiction issue has since become moot and there no longer exists any case or controversy regarding the subject matter jurisdiction of this Court.

On January 22, 2007, Defendant filed an objection to the R & R. Defendant also filed an amended motion to dismiss in response to the resolution of the subject matter jurisdiction questions.

///

1  For the foregoing reasons, the R & R is adopted in its entirety, the objections are denied as moot, and the case is again referred to Magistrate Judge Major for review of the issues raised in Defendant's amended motion to dismiss.

**IT IS SO ORDERED.**

DATED: April 25, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties