FILED

2007 AUG 17 AM 10: 30

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| DARNELL J. EDMUNDSON, | CASE NO. 05cv1832 JM(BLM) |
|---|---|
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| vs. | |
| MICHAEL ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

Having carefully considered Magistrate Judge Majors' thorough and thoughtful Report and Recommendation ("R & R") regarding the dismissal of the action on timeliness grounds, the record before the court, the absence of any objections to the R & R, and applicable authorities, the court adopts the R & R in its entirety.

In sum, the R & R is adopted in its entirety and the complaint is dismissed as time-barred.

**IT IS SO ORDERED.**

DATED: ___8/16___ ,2007

JEFFREY T. MILLER
United States District Judge

cc:   All parties